

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

WHITNEY T. COURTNEY

Case No. 2:19mj538

Court Date: November 20, 2019

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)- Violation Notice No. 6685343

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 11, 2019 at the Navy Exchange at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WHITNEY T. COURTNEY, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

### COUNT TWO
(Misdemeanor)-Violation No. 6685342

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 11, 2019, at the Navy Exchange at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, WHITNEY T. COURTNEY, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ J. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ J. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

15 October 2019
Date